UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIA KUHEPA KAAMBO,

                Plaintiff,

    -against-

UNITED STATES DEPARTMENT OF STATE, ET AL.,

                Defendants.

24 CIVIL 9391 (LLS)

CIVIL JUDGMENT

    For the reasons stated in the September 18, 2025, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed.

    SO ORDERED.

Dated: September 19, 2025
       New York, New York

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                        United States District Judge